## UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**
### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA ROOM 110

DEFT: SEBASTIAN AHMED (B)#  
CASE NO: 19-60200-CR-MORENO  
AUSA: ✓C. CLARK (DUTY AUSA T. LINDSEY)  
ATTY: JOEL HIRSCHHORN ✓  
USPO:  
VIOL: 18:U.S.C. § 1349  

PROCEEDING: RRC AND POSSIBLE ARRAIGNMENT  
RECOMMENDED BOND:  

BOND/PTD HEARING HELD - yes / no  
COUNSEL APPOINTED:  
BOND SET @:  
To be cosigned by:  

❑ All standard conditions  
❑ Do not encumber property.  
❑ Surrender and / or do not obtain passports / travel documents.  
❑ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.  
❑ Random urine testing by Pretrial Services. Treatment as deemed necessary.  
❑ Maintain or seek full - time employment.  
❑ No contact with victims / witnesses.  
❑ No firearms.  
❑ Electronic Monitoring:  
❑ Travel extended to:  
❑ Other:  

Reading of Indictment Waived  
Not Guilty plea entered  
Jury trial demanded  
Standing Discovery Order requested  

A - ARR SDO - WILL BE ENTER.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|

REPORT RE COUNSEL:  
PTD/BOND HEARING:  
PRELIM/**ARRAIGN** OR REMOVAL:  
STATUS RE EXTRADITION/HRG:  

DATE: 8/16/19   TIME: 11:00 AM   FTL/TAPE/# BSS-   {5 Mins} Begin   DAR:

***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT ****** (YES OR NO)   DAR: 11:16:02