UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60200-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SEBASTIAN AHMED,

        Defendant.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

THIS CAUSE came before the Court upon defendant's motion for reconsideration of the denial of defendant's motion to sever, or, in the alternative, to limit the use of Fed.R.Evid. 404(b) evidence and request for hearing **[D.E. #73]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion for reconsideration and request for hearing is **DENIED.**

DONE and ORDERED in Miami-Dade County Florida this 10th day of October, 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record