UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-60200-CR-MORENO (COHN)

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

SEBASTIAN AHMED,

    Defendant.
_____/

## ORDER

The Court hereby informs the parties that the Honorable James I. Cohn will preside over the trial in this matter. A telephonic status conference before Judge Cohn is hereby set for December 19, 2019 at 10:00 a.m. The parties shall enter their appearances telephonically using the following dial-in information: Dail-in Number 888-684-8852; Access Code 2699885.

The case number will be referenced as 19-60200-CR-MORENO (COHN).

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of December 2019.

                                              FEDERICO MORENO
                                              UNITED STATES DISTRICT JUDGE

cc:    Lisa Miller, AUSA
        Christopher Clark, AUSA
        Joel Hirschhorn, Esq.
        U.S. Pretrial Services