UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 19-60200-CR-MORENO**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SEBASTIAN AHMED,

    Defendant.
_____/

## **DETENTION ORDER**

THE ISSUE before the Court is a determination of what conditions of release will reasonably assure the appearance of the Defendant Sebastian Ahmed at trial. Under 18 U.S.C. § 3142, the Court must consider the nature and circumstances of the offense or charge and the weight of the evidence in making its determination. The Court must also consider the Defendant's character, family ties, employment, financial resources, community ties, and past conduct.

Many of the facts are not in dispute. Three defendants, including the Defendant's brother, have entered guilty pleas and have been sentenced. As defense counsel correctly points out, the cooperating defendants expect to gain a reduction in their sentences, and there may be evidence demonstrating that they committed the fraud unbeknownst to Defendant. It will be up to the jury to ultimately decide whether that evidence is credible. Of course, in this case, Defendant is presumed innocent, and the fact that a co-conspirator has admitted guilt cannot be used to prove Defendant's guilt. However, there is evidence that Defendant's official position was chief executive officer. Whether Defendant has the proper license or not is irrelevant. Instead, if there is fraud and he has both knowledge and participation, Defendant may be found guilty.

After a review of the evidence, the Court finds that detention is merited pursuant to section

3142(e). The Government's case of health care fraud is sufficiently strong, increasing the risk of flight by Defendant. The amount of fraud[1] may result in a substantially high guideline range requiring, if Defendant is found guilty, a sentence in excess of at least ten years and perhaps longer. Just as important to the Court's consideration are the Defendant's frequent contacts with foreign countries. Even though he is an American citizen, and has ties to his local community, Defendant has traveled to various countries, including Canada, Spain, Morocco, Portugal, France, and Turkey. He undoubtedly has the financial means to travel, given the fact that he has around $1.5 million dollars in Canada that he has not reported to the probation officer. He also has the knowledge and sophistication to do so, given the frequency of trips. The Court notes that Defendant also has relatives abroad, including his father, who resides part time in the United States and Pakistan, the Defendant's country of birth.

The Court does not find that the Defendant is a danger to the community. But, the strength of the Government's case, combined with the high guideline range and Defendant's numerous trips abroad, compel the Court to detain the Defendant due to his risk of flight. Defendant will be detained until the trial scheduled for February 18, 2020 before Judge Cohn.

DONE AND ORDERED in open court at Miami, Florida, this 31 of January 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

The Honorable J. Cohn

Counsel of Record

---

[1] The Government's exhibit number 11 indicates that the clinics headed by Defendant billed in excess of thirty-five million dollars. Specifically, Jacob's Well billed $1,693,276.23 and paid $320,301.68; Medi MD billed $33,773,161.33 and paid $5,528,726.42; and Arnica billed $2,097,072.05 and paid $151,905.15.

2

Summary of Total Billed and Paid: Jacob's Well, Medi MD, Arnica Health

| Insurance | Jacob's Well Billed | Jacob's Well Paid | Medi MD Billed | Medi MD Paid | Arnica Billed | Arnica Paid |
|---|---|---|---|---|---|---|
| Aetna | $ 698,092.35 | $ 130,278.56 | $ 3,331,184.00 | $ 749,267.86 | | |
| BCBS | $ 46,800.00 | $ - | $ 19,028,266.11 | $ 2,580,206.19 | $ 1,580,261.40 | $ 79,674.93 |
| Cigna | $ 189,150.00 | $ 3,232.90 | $ 2,083,750.00 | $ 533,946.08 | $ 54,905.45 | $ 10,993.55 |
| Humana | | | $ 432,057.51 | $ 73,837.67 | $ 7,355.91 | $ 908.15 |
| Optum | $ 759,233.88 | $ 186,790.22 | $ 8,897,903.71 | $ 1,591,468.62 | $ 454,549.29 | $ 60,328.52 |
| TOTAL | $ 1,693,276.23 | $ 320,301.68 | $ 33,773,161.33 | $ 5,528,726.42 | $ 2,097,072.05 | $ 151,905.15 |



AO886-C
GOVERNMENT EXHIBIT

CASE NO. 19-60200-CR-FAM(s)

EXHIBIT NO. 11

In accordance with Local Rule 57.1, Pretrial Services Reports are made available to Defense Counsel and the Government. The Pretrial Reports are not public record, are not to be reproduced or disclosed to any other party, and shall remain confidential as provided in Title 18 U.S.C. § 3153(c)(1).

# PRETRIAL SERVICES REPORT

| District/Office<br>Southern District Of Florida/Fort Lauderdale | Charge(s) (Title, Section, and Description)<br>**Count 1:** Title 18 U.S.C. § 1347 - Conspiracy to commit health care fraud and wire fraud<br>**Count 2-11:** Title 18 U.S.C. § 1347 - Health care fraud<br>**Count 12:** Title 18 U.S.C. § 1956(h) - Conspiracy to commit money laundering<br>**Count 13-22:** Title 18 U.S.C. § 1957(a) – Money Laundering<br><br>PACTS: 6371903 |
|---|---|
| Judicial Officer<br>Honorable Lurana Snow<br>U.S. Magistrate Judge | |
| Docket Number (Year – Sequence No. – Def. No.)<br>19-CR-60200 | |

## DEFENDANT

| Name<br>Ahmed, Sebastian | Employer/School<br>Medi MD LLC (Owner) |
|---|---|
| Other Names on Charging Document | |
| Address<br>2925 NW 130th Ave Apt 10-108<br>Sunrise, Florida 33323 | Employer/School Address<br>7950 SW 38th Street Suite 202<br>Davie, Florida |

| At Address Since<br>Two months | Time in Community of Residence<br>20 years | Monthly Income<br>$8,333 | Time with Employer/School<br>2016 |
|---|---|---|---|

**Addendum: July 22, 2019**

An automated immigration check reflects the defendant became a naturalized United States citizen on September 22, 1996.

## INTRODUCTION

The defendant was interviewed at the United States Marshals Service cellblock on July 19, 2019. The Notice to Defendant form was read in English to the defendant, and he exercised his rights to proceed with the Pretrial Services interview without the presence of an attorney. The defendant advised he will be represented by attorney Bernard Cassidy. The defendant's background information was verified with the defendant's girlfriend, Desiree Vandberg. She indicated she will possibly assist the defendant with bond matters, if so ordered by the Court.

## DEFENDANT HISTORY / RESIDENCE / FAMILY TIES:

The defendant, age 42, advised he was born on July 19, 1977, in Pakistan. According to the defendant, he is a naturalized United States citizen. An immigration record check remains pending at this time. The defendant

Page 1

advised his United States passport and passport card are located at his residence. In the past ten years, he reported traveling to Canada, Spain, Morocco, Portugal and France. The defendant's girlfriend advised she has possessions of the defendant's travel documents.

For the past two months, the defendant has been residing alone at the above noted address in Sunrise, Florida. He rents the condominium for $1,500 per month. No firearms or dangerous weapons were reported at the home. The defendant indicated he has resided in Broward County, Florida, for the past 20 years.

The defendant's father, Altaf Ahmed, resides part-time between Pakistan and the United States. He is a retired electrical engineer. The defendant's mother, Shahida Ahmed, resides in Pembroke Pines, and is a retired pediatrician. She is currently battling breast cancer. The defendant's sister, Affifa Durand, resides in Pembroke Pines, with the defendant's mother, and is employed as a hospital administrator. The defendant's sister, Ayesha Khan, resides in Pembroke Pines, Florida, and is a microbiologist. Lastly, the defendant' sister, Nazish Ahmed, resides in Atlanta, Georgia, and is employed as a state prosecutor. It should be noted the defendant's brother and co-defendant, Ahli Ahmed, is self-employed as a business consultant for different healthcare, technology and finance companies where he earns $100,000 per year.

For the past two years, the defendant has been in a relationship with his Desiree Vandnberg. Ms. Vandnberg resides in Broward County, and is employed as a dental hygienist. No children have been born to this union. The defendant reported two children from a prior relationship with Sabrian Adams. Sean Paul Adams, age 19, resides in Gainesville, Florida, and is a student. The additional minor, age 17, resides in Lakeland, Florida, with her mother. The defendant reported an additional minor child (age nine) with Natalie Mitchell. The minor resides with his mother in Tallahassee, Florida. The defendant pays a total of $2,000 in Court ordered child support for his minor children.

The defendant advised he earned his master's degree in health care administration from the National Institute of Maritime Studies based in Pakistan. In addition, he advised he earned his bachelor's degree in accounting from Florida State University. The defendant advised he also attended Florida A&M University. Ahmed is fluent in Urdu and conversational Spanish.

## EMPLOYMENT HISTORY / FINANCIAL RESOURCES:

### Employed/Unemployed History:

| Start Date | End Date | Employer Name/ Unemployed | Address | Monthly Income | Time in Status/ Hours a Week |
|---|---|---|---|---|---|
| 2016 | Present | Medi MD LLC (Owner) | 7950 SW 30th Street Suite 200 Davie, Florida 33328 | $8,333 | Full Time |

The defendant indicated he owns and operates the above noted company based in Davie, Florida, where he earns $100,000 per year. He has four employees and his business is worth $8,000. The defendant's girlfriend indicated the defendant owns a mental and behavioral center. The defendant indicated he incorporated the company in 2016. The Florida Division of Corporations reflects the company was initially incorporated on June 26, 2007, and a reinstatement was filed on November 20, 2018. The defendant is listed as the president of the company, which has FEI/EIN No.: 26-0765834. In addition, the defendant advised that in March 2019, he became an investor for a construction company under the name of Sage Development Inc. However, he has not received any income from this company.

**Finances:**

| Assets | Amount | Liabilities | Amount |
|---|---|---|---|
| Business Worth | $8,000.00 | Credit Card | $17,000.00 |
| Personal Checking Account Wells Fargo | $2,000.00 | | |
| Personal Business Account Wells Fargo | $15,000.00 | | |
| Land Tallahassee, Florida | Valued at $25,000.00 | | |
| | | | |
| | | | |
| Total | $50,000 | Total | $1,000 |

As noted above, the defendant owns land in Tallahassee, Florida, which he purchased for $30,000 in 2015. The land is free and clear and has current market value of $25,000.

| Monthly Income | Amount | Expenses | Amount |
|---|---|---|---|
| Net Income | $8,333.00 | Auto Insurance | $400.00 |
| | | Cell Phone | $200.00 |
| | | Child Support | $2000.00 |
| | | Credit Card Payments | $300.00 |
| | | Gasoline | $300.00 |
| | | Groceries | $200.00 |
| | | Rent | $1500.00 |
| | | Utilities | $150.00 |
| | | 2019 Jaguar (Lease) | $1000.00 |
| | | 2019 GMC Van (Lease) | $1000.00 |
| Total | $8,333 | Total | $7,050 |
| **Estimated Monthly Cash Flow: $1,283** | | | |

**HEALTH:**

**Physical Health:**

The defendant he does not suffer from any medical problems and does not take prescribed medication.

**Mental Health and Substance Abuse:**

The defendant provided the following substance abuse and mental health history:

**Mental Health:**

The defendant reported he suffers from Attention Deficit Disorder (ADD), for which he has been prescribed Adderall as needed. The defendant did not provide contact information for a medical provider.

**Substance Abuse:**

The defendant denied ever experimenting with illegal drugs to include marijuana.

**PRIOR RECORD:**

A criminal record check conducted through the National Crime Information Center (NCIC), state, and local records revealed the following arrest history: FBI Number: 868741CC0; State Id Number: FL05947521 (FL)

| Date of Arrest | Agency | Charge | Disposition |
|---|---|---|---|
| 10/10/2003 (Age 26) | Tallahassee PD; Tallahassee, FL; Case No.: 2003MM008513 | Battery | 01/13/2004: Pretrial Diversion Program 05/11/2004: Dropped |

**OFFENSE CHARGED AND THE CIRCUMSTANCES OF THE ARREST:**

The Indictment in this case charges the defendant with conspiracy to commit health care fraud and wire fraud, health care fraud, conspiracy to commit money laundering and money laundering. The circumstances of the arrest are unknown at this time.

**ASSESSMENT OF NONAPPEARANCE:**

The defendant poses a risk of nonappearance for the following reasons:

1. Offense Charged;
2. Mental Health History;
3. Ties to a Foreign Country;
4. Possession of Travel Documents; and
5. Criminal History

**ASSESSMENT OF DANGER:**

The defendant poses a risk of danger for the following reasons:

1. Nature of Instant Offense;
2. Prior Arrests and Convictions;
3. Mental Health History;
4. Criminal History

| Pretrial Services Officer Milena Vasquez U.S. Probation Officer | Date 07/19/2019 | Time |
|---|---|---|
| Reviewed By Tracey L. Webb, Supervising U.S. Probation Officer | *[signature]* | Tracey L. Webb 2019.07.23 08:27:42 -04'00' |

**RECOMMENDATION:**

To reasonably assure the defendant's appearance and the safety of the community, I respectfully recommend the defendant be released on a percentage bond along with personal surety bond cosigned by a family member with the following special conditions of release:

1. Report to Pretrial Services as directed;
2. Surrender any passport(s) and not obtain a new passport during the pendency of this case;
3. Refrain from possessing firearms or other weapons
4. No contact with co-defendants in this case, except through counsel; and
5. Participate in the home detention program with electronic monitoring paid for by the defendant with allowances to leave the home for court, attorney visits, medical, employment and religious services to be paid by the defendant based on his ability to pay.
6. Refrain from employment in the health care industry.
7. May not visit commercial transportation establishment: airports, seaports/marinas, commercial bus terminals, train stations, etc.
8. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own, real or personal, until the bond is discharged, or otherwise modified by the Court.
9. Travel restricted to the Southern District of Florida

| Pretrial Services Officer<br>Milena Vasquez<br>U.S. Probation Officer | Date<br>07/19/2019 | Time |
|---|---|---|
| Reviewed By<br>Tracey L. Webb, Supervising U.S. Probation Officer | Tracey L. Webb<br>2019.07.23 08:28:06 -04'00' | |

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AHMED | SEBASTIAN | 07/19/1977 | | | 07/21/2019 00:00 | AA | 1246 | O | | | | NOT ON BOARD | | YYZ | MIA |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 07/18/2019 13:52 | AA | 69 | I | | | | ON BOARD | | MIA | MAD |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 07/08/2019 00:00 | AA | 68 | O | | | | ON BOARD | | MAD | MIA |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 07/05/2019 17:03 | AA | 2569 | I | | | | REQUEST | | MIA | YYZ |
| AHMED | SEBASTIAN | 07/19/1977 | 13 | 559045247 | 06/27/2019 09:39 | | | O | | | | | | | |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 06/21/2019 13:42 | RV | 1628 | I | | | | REQUEST | | YYZ | YYZ |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 06/16/2019 00:00 | RV | 1643 | O | | | | ON BOARD | | YYZ | MIA |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 06/07/2019 06:28 | DL | 2467 | I | | | | REQUEST | | YYZ | YYZ |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 05/30/2019 00:00 | AA | 2569 | O | | | | ON BOARD | | YYZ | MIA |
| AHMED | SEBASTIAN | 07/19/1977 | | | 05/27/2019 00:00 | AA | 38 | O | | | | NOT ON BOARD | | LHR | MIA |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 05/24/2019 16:05 | AA | 2569 | I | | | | REQUEST | | YYZ | YYZ |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 05/21/2019 00:02 | | | O | | | | | | | |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 05/10/2019 16:18 | AA | 2569 | I | | | | REQUEST | | YYZ | YYZ |
| AHMED | SEBASTIAN | 07/19/1977 | 13 | 559045247 | 05/06/2019 00:27 | | | O | | | | | | | |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 04/26/2019 16:43 | RV | 1626 | I | | | | REQUEST | | YYZ | YYZ |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 04/23/2019 00:00 | RV | 1627 | O | | | | ON BOARD | | YYZ | FLL |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 04/12/2019 15:12 | WS | 1220 | I | | | | REQUEST | | YYZ | YYZ |



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

Generated By:

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 04/09/2019 00:00 | AA | 2676 | O | | | | ON BOARD | | YYZ | MIA |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 03/29/2019 15:07 | WS | 1220 | I | | | | REQUEST | | YYZ | YYZ |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 03/22/2019 00:00 | RV | 1621 | O | | | | ON BOARD | | YYZ | FLL |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 03/01/2019 04:53 | WS | 1140 | I | | | | REQUEST | | YYZ | YYZ |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 02/26/2019 00:00 | AA | 2676 | O | | | | ON BOARD | | YYZ | MIA |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 02/12/2019 05:28 | RV | 1620 | I | | | | REQUEST | | FLL | YYZ |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 02/09/2019 00:00 | AA | 2676 | O | | | | NOT ON BOARD | | YYZ | MIA |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 01/22/2019 16:47 | QR | 777 | I | | | | ON BOARD | | MIA | DOH |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 01/14/2019 00:00 | QR | 778 | O | | | | ON BOARD | | DOH | MIA |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 01/07/2019 10:57 | UA | 123 | I | | | | ON BOARD | | IAD | LHR |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 12/29/2018 00:00 | LX | 65 | O | | | | ON BOARD | | ZRH | MIA |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 12/07/2018 20:08 | TK | 77 | I | | | | ON BOARD | | MIA | IST |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 11/26/2018 00:00 | TK | 78 | O | | | | ON BOARD | | IST | MIA |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 11/18/2018 16:11 | WS | 1220 | I | | | | REQUEST | | YYZ | YYZ |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 11/16/2018 00:00 | AA | 2676 | O | | | | ON BOARD | | YYZ | MIA |
| AHMED | SEBASTIAN | 07/19/1977 | PN | C15160883 | 04/09/2018 00:00 | VES | 9111802 | I | | | | PASSENGER | | 5201 | 7423 |
| AHMED | SEBASTIAN | 07/19/1977 | PN | C15160883 | 04/06/2018 00:00 | VES | 9111802 | O | | | | PASSENGER | | 8015 | 5201 |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 09/01/2017 19:12 | TK | 77 | I | | | | ON BOARD | | MIA | IST |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 08/22/2017 00:00 | TK | 78 | O | | | | ON BOARD | | IST | MIA |

Total Number of Records: 36




| Codes | Value |
|---|---|
| MAD | MADRID, BARAJAS |
| ZRH | ZUERICH, SWITZERLAND |
| MIA | MIAMI INTL, FL |
| 5201 | MIAMI |
| 8015 | BAHAMAS |
| LHR | LONDON / HEATHROW INTL |
| FLL | FORT LAUDERDALE, FL |
| 7423 | NASSAU |
| YYZ | TORONTO, PEARSON INTERNATIONAL |
| IST | ATATURK |
| DOH | DOHA#INTERNATIONAL, QATAR |
| IAD | DULLES INTL |

| Codes | Value |
|---|---|
| P | P - PASSPORT |
| 13 | 13 - 13 |
| PN | PN - PASSPORT |

| Codes | Value |
|---|---|
| ████ | ████ |
| ████ | ████ |
| ████ | ████ |
| ████ | ████ |
| ████ | ████ |
| ████ | ████ |
| ████ | ████ |

For Official Use Only / Law Enforcement Sensitive



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List

Generated By: ▇

## Common Search Criteria

| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
|---|---|---|---|
| 01/01/2017 | 08/01/2019 | 00:00 | 23:59 |
| Site Code | Terminal/Lane | Inspector ID Code | Inbound-Outbound Indicator |
|  |  |  |  |

## Person Search Criteria

| Last Name | First Name | Encounter Line Type | Date Of Birth |
|---|---|---|---|
| AHMED | SEBASTIAN |  | 07/19/1977 |

| Stolen Document Search | Document Number From | Document Number To | Carrier Code | Flight/Vessel Number | Gender | Document Country Code | Citizenship |
|---|---|---|---|---|---|---|---|
| Not Selected |  |  |  |  |  |  |  |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AHMED | SEBASTIAN | 07/19/1977 |  |  | 07/21/2019 00:00 | AA | 1246 | O |  |  | APIS | NOT ON BOARD |  | YYZ | MIA |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 07/18/2019 13:52 | AA | 69 | I | A520 | ▇ | APIS | ON BOARD | INS | MIA | MAD |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 07/08/2019 00:00 | AA | 68 | O |  |  | APIS | ON BOARD |  | MAD | MIA |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 07/05/2019 17:03 | AA | 2569 | I | A794 | ▇ | APIS | REQUEST | CUSTOMS | MIA | YYZ |
| AHMED | SEBASTIAN | 07/19/1977 | 13 | 559045247 | 06/27/2019 09:39 |  |  | O | 4273 | PRE-PRIMARY Z | CANADA (CBSA) |  |  |  |  |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 06/21/2019 13:42 | RV | 1628 | I | A791 | APC AUTOMATED PASSPORT CONTROL Y | APIS | REQUEST |  | YYZ | YYZ |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 06/16/2019 00:00 | RV | 1643 | O |  |  | APIS | ON BOARD |  | YYZ | MIA |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 06/07/2019 06:28 | DL | 2467 | I | A794 | APC AUTOMATED PASSPORT CONTROL Y | APIS | REQUEST |  | YYZ | YYZ |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 05/30/2019 00:00 | AA | 2569 | O |  |  | APIS | ON BOARD |  | YYZ | MIA |
| AHMED | SEBASTIAN | 07/19/1977 |  |  | 05/27/2019 00:00 | AA | 38 | O |  |  | APIS | NOT ON BOARD |  | LHR | MIA |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 05/24/2019 16:05 | AA | 2569 | I | A794 | APC AUTOMATED PASSPORT CONTROL Y | APIS | REQUEST |  | YYZ | YYZ |
| AHMED | SEBASTIAN | 07/19/1977 | 13 | 559045247 | 05/21/2019 00:02 |  |  | O | 4273 | PRE-PRIMARY Z | CANADA (CBSA) |  |  |  |  |

For Official Use Only / Law Enforcement Sensitive

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 05/10/2019 16:18 | AA | 2569 | I | A794 | APC AUTOMATED PASSPORT CONTROL Y | APIS | REQUEST | | YYZ | YYZ |
| AHMED | SEBASTIAN | 07/19/1977 | 13 | 559045247 | 05/06/2019 00:27 | | | O | 4273 | PRE-PRIMARY Z | CANADA (CBSA) | | | | |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 04/26/2019 16:43 | RV | 1626 | I | A791 | APC AUTOMATED PASSPORT CONTROL Y | APIS | REQUEST | | YYZ | YYZ |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 04/23/2019 00:00 | RV | 1627 | O | | | APIS | ON BOARD | | YYZ | FLL |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 04/12/2019 15:12 | WS | 1220 | I | A794 | APC AUTOMATED PASSPORT CONTROL Y | APIS | REQUEST | | YYZ | YYZ |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 04/09/2019 00:00 | AA | 2676 | O | | | APIS | ON BOARD | | YYZ | MIA |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 03/29/2019 15:07 | WS | 1220 | I | A794 | APC AUTOMATED PASSPORT CONTROL Y | APIS | REQUEST | | YYZ | YYZ |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 03/22/2019 00:00 | BV | 1621 | O | | | APIS | ON BOARD | | YYZ | FLL |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 03/01/2019 04:53 | WS | 1140 | I | A794 | APC AUTOMATED PASSPORT CONTROL Y | APIS | REQUEST | | YYZ | YYZ |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 02/26/2019 00:00 | AA | 2676 | O | | | APIS | ON BOARD | | YYZ | MIA |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 02/12/2019 05:28 | RV | 1620 | I | A791 | ■ | APIS | REQUEST | | FLL | YYZ |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 02/09/2019 00:00 | AA | 2676 | O | | | APIS | NOT ON BOARD | | YYZ | MIA |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 01/22/2019 16:47 | QR | 777 | I | A524 | ■ | APIS | ON BOARD | | MIA | DOH |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 01/14/2019 00:00 | QR | 778 | O | | | APIS | ON BOARD | | DOH | MIA |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 01/07/2019 10:57 | UA | 123 | I | A542 | ■ | APIS | ON BOARD | | IAD | LHR |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 12/29/2018 00:00 | LX | 65 | O | | | APIS | ON BOARD | | ZRH | MIA |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 12/07/2018 20:08 | TK | 77 | I | A52G | ■ | APIS | ON BOARD | | MIA | IST |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 11/26/2018 00:00 | TK | 78 | O | | | APIS | ON BOARD | | IST | MIA |



<a id="1" />

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 11/18/2018 16:11 | WS | 1220 | I | A794 | APC AUTOMATED PASSPORT CONTROL Y | APIS | REQUEST | | YYZ | YYZ |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 11/16/2018 00:00 | AA | 2676 | O | | | APIS | ON BOARD | | YYZ | MIA |
| AHMED | SEBASTIAN | 07/19/1977 | PN | C15160883 | 04/09/2018 00:00 | VES | 9111802 | I | | | CRUISE SHIP | PASSENGER | | 5201 | 7423 |
| AHMED | SEBASTIAN | 07/19/1977 | PN | C15160883 | 04/06/2018 00:00 | VES | 9111802 | O | | | CRUISE SHIP | PASSENGER | | 8015 | 5201 |
| AHMED | SEBASTIAN IRFAN | 07/19/1977 | P | 559045247 | 09/01/2017 19:12 | TK | 77 | I | A52G | APC CJ AUTOMATED PASSPORT CONTROL M | APIS | ON BOARD | | MIA | IST |
| AHMED | SEBASTIAN | 07/19/1977 | P | 559045247 | 08/22/2017 00:00 | TK | 78 | O | | Name No Name N | APIS | ON BOARD | | IST | MIA |

Total Number of Records: 36

### Legend

| Codes | Value |
|---|---|
| MAD | MADRID, BARAJAS |
| ZRH | ZUERICH, SWITZERLAND |
| MIA | MIAMI INTL, FL |
| 5201 | MIAMI |
| 8015 | BAHAMAS |
| LHR | LONDON / HEATHROW INTL |
| FLL | FORT LAUDERDALE, FL |
| 7423 | NASSAU |
| YYZ | TORONTO, PEARSON INTERNATIONAL |
| IST | ATATURK |
| DOH | DOHA#INTERNATIONAL, QATAR |
| IAD | DULLES INTL |

| Codes | Value |
|---|---|
| P | P - PASSPORT |
| 13 | 13 - 13 |
| PN | PN - PASSPORT |


| Codes | Value |
|---|---|
| A791 | A791 - TORONTO CD, PEARSON, TERM 1 |
| 4273 | 4273 - CBSA-QUEENSTON BRG,ON 427 |
| A52G | A52G - CBP-MIAMI, AIRPORT SO TERMINAL |
| A524 | A524 - CBP-MIAMI, AIRPORT CNTRL TERML |
| A520 | A520 - CBP-MIAMI, AIRPORT N TERMINAL |
| A542 | A542 - CBP-WASH DC, IAP DULLES AP |
| A794 | A794 - TORONTO CD, PEARSON, TERM 3 |

**United States v. Sebastian Ahmed, Case No. 19-60200-Cr-Moreno (Cohn)**
Government's Exhibit List-Hearing Regarding Defendant's Bond Status
AUSA Clark Page 1

| Exh. # | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
|---|---|---|---|---|
| 1 | Articles of Incorporation-Jacobs Well | ZIMER | | ✓ |
| 2 | Articles of Incorporation-Medi MD | " | | ✓ |
| 3 | Articles of Incorporation-Arnica Health | " | | ✓ |
| 4 | Blue Cross Blue Shield Registration-Jacobs Well | " | | ✓ |
| 5 | Blue Cross Blue Shield Registration-Medi Md | " | | ✓ |
| 6 | Blue Cross Blue Shield Registration-Arnica Health | " | | ✓ |
| 7 | Organization Chart-Jacobs Well | ZTHER | | ✓ |
| 8 | Organization Chart-Medi MD | | | ✓ |
| 9 | DCF 65D-30 attestation-Jacobs Well | | | ✓ |
| 10 | DCF 65D-30 attestation-Medi MD | | | ✓ |
| 11 | Summary of Billing-Jacobs Well, Medi MD, Arnica Health | | | |
| 12 | Outflows to Sebastian Ahmed by Entity-Jacobs Well, Medi MD, Arnica Health | | | |
| 13 | Chart Outflows to Sebastian Ahmed as Percentage of Health Insurance Deposits | | | |
| | | | | |

**United States v. Sebastian Ahmed, Case No. 19-60200-Cr-Moreno (Cohn)**
Government's Exhibit List-Hearing Regarding Defendant's Bond Status
AUSA Clark Page 2

| Exh. # | DESCRIPTION | WITNESS | OFFERED | ADMITTED |
|---|---|---|---|---|
| 14 | Flow Chart of Funds to Sebastian Ahmed | | | |
| 15 | Text message between Ashlyn Little and Al Ahmed | | | ✓ |
| 16 | Text message between Ashlyn Little and Desiree | | | ✓ |
| 17 | TECS records of travel for Sebastian Ahmed | | | ✓ |
| 18 | Text message between Sebastian Ahmed and Al Ahmed | | | |
| 19 | Money laundering flow chart | | | |