UNITED STATES v. SEBASTIAN AHMED, CASE NO. 19-60200-CR-MORENO(s)

GOVERNMENT'S EXHIBIT LIST

AUSA CHRISTOPHER CLARK, AUSA LISA MILLER

| EXHIBIT # | DESCRIPTION OF EXHIBITS | WITNESS | OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|
| 1 Comp. | DCF Records for Jacob's Well and Medi MD | | | | |
| 1A | DCF Policy & Procedure Manual for Jacob's Well – 2017 | | | | |
| 1B | DCF Application for Jacob's Well – 12/23/2016 | | | | |
| 1C | DCF Probationary License Jacob's Well – 2/9/2017 | | | | |
| 1D | DCF Site Visit Report for Jacob's Well – 4/25/2017 | | | | |
| 1E | DCF Certification for Jacob's Well – effective 5/10/2017 | | | | |
| 1F | Practice Management Services Agreement for Jacob's Well Signed by Sebastian Ahmed | | | | |
| 1G | DCF Policy & Procedure Manual for Medi MD – 2017 | | | | |
| 1H | DCF Policy & Procedure Manual for Medi MD – 2018 | | | | |
| 1I | DCF Policy & Procedure Manual for Medi MD – 2019 | | | | |
| 1J | DCF Application for Medi MD – 12/23/2016 | | | | |
| 1K | DCF Application for Medi MD – 2019 | | | | |
| 1L | DCF Probationary License Medi MD – 2/9/2017 | | | | |
| 1M | DCF Site Visit Report for Medi MD – 4/25/2017 | | | | |
| 1N | DCF Certification for MediMD – effective 5/10/2017 | | | | |
| 1O | Joint Commission Accredidation Documents - 2018 | | | | |
| 1P | DCF Probationary License Medi MD – 6/13/2019 | | | | |
| 1Q | Substance Abuse Services Chapter 65D-30 | | | | |
| 2 Comp. | Blue Cross Blue Shield Records | | | | |
| 2A | 2016 Medical Necessity Criteria – New Directions/BCBS | | | | |
| 2B | 2017 Medical Necessity Criteria – New Directions/BCBS | | | | |
| 2C | 2018 Medical Necessity Criteria – New Directions/BCBS | | | | |
| 2D | 2019 Medical Necessity Criteria – New Directions/BCBS | | | | |

UNITED STATES v. SEBASTIAN AHMED, CASE NO. 19-60200-CR-MORENO(s)

GOVERNMENT'S EXHIBIT LIST

AUSA CHRISTOPHER CLARK, AUSA LISA MILLER

| EXHIBIT # | DESCRIPTION OF EXHIBITS | WITNESS | OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|
| 2E | Florida Blue Registration Summary for Jacob's Well Signed by S. Ahmed | | | | |
| 2F | Florida Blue Registration Summary for Medi MD signed by S. Ahmed | | | | |
| 2G | Florida Blue registration Summary for Arnica Health signed by S. Ahmed | | | | |
| 2H | Disk Containing BCBS Claims Data for Jacob's Well, Medi MD and Arnica Health | | | | |
| 2I | Health Insurance Claim Form 1500 | | | | |
| 2J | Medical Record Review – S.H. | | | | |
| 2K | Medical Record Review – D.H. | | | | |
| 2L | Summary of BCBS Claims Data for Jacob's Well | | | | |
| 2M | Summary of BCBS Claims Data for Medi MD | | | | |
| 2N | Summary of BCBS Claims Data for Arnica Health | | | | |
| 2O | Summary Chart for BCBS – all claims data | | | | |
| 2P | Summary of BCBS Claims Data for S.C.C. for 3/23/2017-4/23/2017 | | | | |
| 2Q | Summary of BCBS Claims Data for R.C. 6/20/2018-6/21/2018 | | | | |
| 3 Comp | Optum/UHC Records | | | | |
| 3A | Disk containing Optum/UHC Claims Data for Jacob's Well, Medi MD and Arnica Health | | | | |
| 3B | Summary of Optum/UHC Claims Data for Jacob's Well | | | | |
| 3C | Summary of Optum/UHC Claims Data for Medi MD | | | | |
| 3D | Summary of Optum/UHC Claims Data for Arnica Health | | | | |
| 3E | Summary of Optum/UHC – All Claims Data | | | | |
| 3F | Optum Audit Completed 1/16/2019 | | | | |
| 4 Comp. | Cigna Records | | | | |

UNITED STATES v. SEBASTIAN AHMED, CASE NO. 19-60200-CR-MORENO(s)

GOVERNMENT'S EXHIBIT LIST

AUSA CHRISTOPHER CLARK, AUSA LISA MILLER

| EXHIBIT # | DESCRIPTION OF EXHIBITS | WITNESS | OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|
| 4A | Disk Containing Cigna Claims Data for Jacob's Well, Medi MD and Arnica Health | | | | |
| 4B | Summary of Cigna Claims Data for Jacob's Well | | | | |
| 4C | Summary of Cigna Claims Data for Medi MD | | | | |
| 4D | Summary of Cigna Claims Data for Arnica Health | | | | |
| 4E | Summary of Cigna – All claims data | | | | |
| 5 Comp. | Aetna Records | | | | |
| 5A | Disk Containing Aetna Claims Data for Jacob's Well and Medi MD | | | | |
| 5B | Summary of Aetna Claims Data for Jacob's Well | | | | |
| 5C | Summary of Aetna Claims Data for Medi MD | | | | |
| 5D | Summary of Aetna – All claims data | | | | |
| 6 Comp. | Humana Records | | | | |
| 6A | Disk Containing Humana Claims Data for Medi MD | | | | |
| 6B | Summary of Humana Claims Data for Medi MD | | | | |
| 7 Comp. | KIPU Medical Records | | | | |
| 7A | Disk Containing Complete KIPU Electronic Medical Records | | | | |
| 7B | Complete EMR (patient file) for A.B. | | | | |
| 7C | Selection of Snippings from EMR for B.L. | | | | |
| 8 Comp. | Sunwave Medical Records | | | | |
| 8A | Disk Containing Complete Sunwave Electronic Medical Records | | | | |
| 8B | Disk Containing EMR (patient file) for A.B. | | | | |
| 8C | Selection of Snippings from EMR for A.B. | | | | |
| 8D | Disk Containing EMR (patient file) for A.L. | | | | |
| 8E | Selection of Snippings from EMR for A.L. | | | | |

UNITED STATES v. SEBASTIAN AHMED, CASE NO. 19-60200-CR-MORENO(s)

GOVERNMENT'S EXHIBIT LIST

AUSA CHRISTOPHER CLARK, AUSA LISA MILLER

| EXHIBIT # | DESCRIPTION OF EXHIBITS | WITNESS | OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|
| 8F | Disk Containing EMR (patient file) for R.V.D. | | | | |
| 8G | Selection of Snippings from EMR for R.V.D. | | | | |
| 8H | Complete EMR (patient file) for S.C.C. | | | | |
| 8I | Selection of Snippings from EMR for A.A. | | | | |
| 8J | Selection of Snippings from EMR for B.H. | | | | |
| 8K | Selection of Snippings from EMR for R.S. | | | | |
| 9 Comp. | Certified Corporate Records | | | | |
| 9A | Certified Copies - State Incorporation Records for Serenity Living Inc. | | | | |
| 9B | Certified Copies - State Incorporation Records for Jacob's Well inc. | | | | |
| 9C | Certified Copies - State Incorporation Records for Medi MD LLC | | | | |
| 9D | Certified Copies - State Incorporation Records for Arnica Health | | | | |
| 9E | Certified Copies - State Incorporation Records for Sebastian Ahmed CPA LLC | | | | |
| 9F | Certified Copies - State Incorporation Records for Starboard Ventures LLC | | | | |
| 9G | Certified Copies - State Incorporation Records for Adnexus Media Inc. | | | | |
| 9H | Certified Copies - State Incorporation Records for Ahmed Family Investments | | | | |
| 9I | Certified Copies - State Incorporation Records for Fictitious Name: Serenity Treatment Centers | | | | |
| 10 | Lease Agreement with University Building Partners, LTD | | | | |
| 11 | Certified Florida Driver's License with Signatures for Sebastian Ahmed | | | | |
| 12 | Photograph of Exterior of Jacob's Well, Medi MD and Arnica Health (7950 SW 30th St, Davie) | | | | |

<u>UNITED STATES v. SEBASTIAN AHMED, CASE NO. 19-60200-CR-MORENO(s)</u>
GOVERNMENT'S EXHIBIT LIST
AUSA CHRISTOPHER CLARK, AUSA LISA MILLER

| EXHIBIT # | DESCRIPTION OF EXHIBITS | WITNESS | OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|
| 13 | Photographs of Sober Home –  Mansion (15091 SW 20th St, Davie) | | | | |
| 14 | Photograph of Sober Home – Black Olive (8311 Black Olive Drive, Tamarac) | | | | |
| 15 | Photograph of Sober Home – Ranch House (12475 SW 58th Street, Southwest Ranches) | | | | |
| 16 | Photograph of Sober Home – Stirling House (6121 Appallossa Trail, Southwest Ranches) | | | | |
| 17 | Photograph of Sober Home – Hollywood (609 S. Ocean Drive, Hollywood) | | | | |
| 18 | Photograph of Sober Home – Pompano (3208 NE 9th St, Pompano Beach) | | | | |
| 19 | Photograph of Ahmed Property - (3021 NE 55th Place, Fort Lauderdale) | | | | |
| 20 | Photograph of Ali Ahmed | | | | |
| 21 | Photograph of Hector Alvarez | | | | |
| 22 | Photograph of Mauren Morel | | | | |
| 23 | Photograph of Sebastian Ahmed at Medi MD | | | | |
| 24 | Photograph of Idalmis Castillo | | | | |
| 25 | Photograph of Mario Kustura | | | | |
| 26 | Photograph of Mohammed Ibrahim | | | | |
| 27 | Photograph of Kamal Ahmed | | | | |
| 28 | PRM Practice Management Services Agreement | | | | |
| 29 Comp. | Wells Fargo Bank Records | | | | |

UNITED STATES v. SEBASTIAN AHMED, CASE NO. 19-60200-CR-MORENO(s)

GOVERNMENT'S EXHIBIT LIST

AUSA CHRISTOPHER CLARK, AUSA LISA MILLER

| EXHIBIT # | DESCRIPTION OF EXHIBITS | WITNESS | OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|
| 29A | Disk Containing Well Fargo Records for Accounts Ending x2079 (Medi MD), x7773 (Adascent Media), x4121 (Medi MD), x4822 (Medi MD), x4113 (Medi MD), x4814 (Medi MD), x4105 (Medi MD), x4806 (Medi MD), x0505 (Medi MD, Sebastian Ahmed), x9714 (Sebastian Ahmed), x8093 (Sebastian Ahmed), x7503 (Sebastian Ahmed), x0396 (Serenity Living, Al Ahmed), x5520 (Serenity Living, Al Ahmed), x0388 (Serenity Living, Sebastian Ahmed), x3830 (Serenity Living, Sebastian Ahmed) | | | | |
| 29B | Signature Cards for Well Fargo Accounts Ending x2079, x8093, x7503 | | | | |
| 29C | Credit Applications for Wells Fargo Accounts Ending x7773, x4121, x4822, x4113, x4814, x4105, x4806, x0505,x0396, x5520, x0388, x3830 | | | | |
| 30 Comp. | Bank of America Records | | | | |
| 30A | Disk Containing Bank of America Records for Accounts Ending x6369 (Ali Ahmed, POD Valeria Rodrigues Ligeiro), x7943 (Altaf Ahmed, Sebastian Ahmed), x4515 (Elite MD), x3151 (Elite MD), x4217 (Sebastian Ahmed), x9534 (Jacob's Well), x4540 (Jacob's Well), x0221 (Jacob's Well), x9518 (Jacob's Well), x4135 (Medi MD dba Serenity Treatment), x8397 (Natlie Mitchell, Sebastian Ahmed), x6053 (Sebastian Ahmed), x2243 (Serenity Ranch Recovery), x2783 (Starboard Ventures) | | | | |
| 30B | Signature Cards for Bank of America Accounts Ending x6369, x7943, x4515, x3151, x4217, x9534, x4540, x0221, x9518, x4135, x8397, x2243, x2783 | | | | |
| 31 Comp. | Citibank Records | | | | |
| 31A | Disk Containing Citibank Records for Accounts Ending x5919 (Jacob's Well) and x7255 (Jacob's Well) | | | | |
| 31B | Signature Cards for Citibank Accounts Ending x5919 and x7255 | | | | |
| 32 Comp. | JP Morgan Chase Records | | | | |

UNITED STATES v. SEBASTIAN AHMED, CASE NO. 19-60200-CR-MORENO(s)

GOVERNMENT'S EXHIBIT LIST

AUSA CHRISTOPHER CLARK, AUSA LISA MILLER

| EXHIBIT # | DESCRIPTION OF EXHIBITS | WITNESS | OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|
| 32A | Disk Containing JP Morgan Chase Records for Accounts Ending x1075 (Adnexus Media), x6615 (AHG Media), x6867 (Ali Ahmed), x8813 (Ali Ahmed), x8193 (Ali Ahmed), x2788 (Ali Ahmed), x1593 (Ali Ahmed, Valeria Rodrigues Ligeiro), x6119 (Altaf Ahmed, Ali Ahmed), x0398 (Altaf Ahmed, Sebastian Ahmed), x8335 (Altaf Ahmed, Shahida Ahmed), x9099 (Altaf Ahmed),x 8850 (Arnica Health), x2916 (Cinerges), x5153 (Jacob's Well), x7766 (Jacob's Well), x7952 (Medaprime), x0517 (Medi MD dba Serenity Treatment), x1337 (Medi MD dba Serenity Treatment), x6480 (Sebastian Ahmed), x9167 (Sebastian Ahmed), x5807(Sebastian Ahmed, Medi MD), x3422 (Sebastian Ahmed CPA dba Arnica Health Mgt), x1959 (Sebastian Ahmed CPA dba Arnica Health Mgt), x1557 (Sebastiah Ahmed), x2792(Sebastian Ahmed, Sebastian Ahmed CPA), x1681 (Starboard Ventures), x6927 (Starboard Ventures), x1553 (Syncronious) | | | | |
| 32B | Signature Cards for JP Morgan Chase Accounts Ending x1075, x6615, x6867, x8813, x8193, x2788, x1593, x6119, x0398, x8335, x9099,x 8850, x2916, x5153, x7766, x7952, x0517, x1337, x3422, x1959, x1557, x1681, x6927, x1553 | | | | |
| 32C | Bank Statements for Accounts Ending x3422 and x0517 dated 12/30/2017-01/31/2018 [Count 13-14] | | | | |
| 32D | Bank Statements for Accounts Ending x3422 and x0517 dated 2/1/2018-2/28/2018 [Count 15] | | | | |
| 32E | Bank Statements for Accounts Ending x3422 and x0517 dated 3/1/2018-3/31/2018 [Count 16] | | | | |
| 32F | Bank Statements for Accounts Ending x3422 and x0517 dated 3/31/2018-4/30/2018 [Count 17-18] | | | | |
| 32G | Bank Statements for Accounts Ending x3422 and x0517 dated 8/1/2018-8/31/2018 [Count 19-20] | | | | |
| 32H | Bank Statements for Accounts Ending x1959 dated 10/24/2018-10/31/2018 and x3422 dated 9/29/2018-10/31/2018 [Count 22] | | | | |

UNITED STATES v. SEBASTIAN AHMED, CASE NO. 19-60200-CR-MORENO(s)

GOVERNMENT'S EXHIBIT LIST

AUSA CHRISTOPHER CLARK, AUSA LISA MILLER

| EXHIBIT # | DESCRIPTION OF EXHIBITS | WITNESS | OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|
| 32I | Bank Statement for Account Ending x3422 dated 3/30/2019-4/30/2019 [Count 23] | | | | |
| 33 Comp | PNC Bank Records | | | | |
| 33A | Disk Containing PNC Bank Records for Accounts Ending x6094 (Ali Ahmed, Valeria Rodrigues Ligeiro), x8627 (Altaf Ahmed, Sebastian Ahmed), x9205 (Altaf Ahmed), x4603 (Altaf Ahmed, Nazish Ahmed), x5602 (Altaf Ahmed, Sebastian Ahmed), x3897 (Altaf Ahmed, Shahida Ahmed), x3989 (Sebastiah Ahmed CPA dba Arnica Health Mgt), x5991 (Starboard Ventures) | | | | |
| 33B | Signature Cards for PNC accounts ending x6094, x8627, x9205, x4603, x5602, x3897, x3989, x5991 | | | | |
| 34 Comp. | Suntrust Bank Records | | | | |
| 34A | Disc containing Suntrust Bank Records for accounts ending x7381 (Ahmed Family Investments), x9528 (Ahmed Family Investments), x4271 (Ali Ahmed), x1368 (Altaf Ahmed, Shahida Ahmed), x0054 (Altaf Ahmed), x5205 (Altaf Ahmed), x2306 (Altaf Ahmed), x9577 (Altaf Ahmed), x1751 (Altaf Ahmed, Nazish Ahmed, & Shahida Ahmed), x2770 (Ascent Diagnostics), x9684 (Starboard Ventures) | | | | |
| 34B | Signature Cards for Suntrust Accounts Ending x7381, x9528, x4271, x1368, x0054, x5205, x2306, x9577, x2770, x9684 | | | | |
| 34C | Bank Statement for Account Ending x9528 dated 10/31/2018 [Count 21] | | | | |
| 35 Comp | TD Bank Records | | | | |
| 35A | Disk Containing TD Bank Records for Account Ending x7223 (Jacob's Well) | | | | |
| 35B | Signature Card for TD Bank Account Ending x7223 | | | | |
| 36 Comp. | Tropical Financial Credit Union Records | | | | |

UNITED STATES v. SEBASTIAN AHMED, CASE NO. 19-60200-CR-MORENO(s)

GOVERNMENT'S EXHIBIT LIST

AUSA CHRISTOPHER CLARK, AUSA LISA MILLER

| EXHIBIT # | DESCRIPTION OF EXHIBITS | WITNESS | OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|
| 36A | Disk Containing Tropical Financial Credit Union Records for Accounts Ending x5958 (Altaf Ahmed), x4269 (Altaf Ahmed), x6912 (Starboard Ventures), x1210 (Starboard Ventures) | | | | |
| 36B | Signature Cards for Tropical Financial Credit Union Accounts Ending x5958, x6900, x1200, x1210 | | | | |
| 37 Comp. | Cash App Payment Records | | | | |
| 37A | Disk Containing Cash App Records for Al Ahmed | | | | |
| 37B | Summary of Payments to R.V.D. | | | | |
| 38 | ADP Records | | | | |
| 39 Comp. | Composite: Al Ahmed's Phone | | | | |
| 39A | Bluray Containing Al Ahmed's Forensic Phone Report | | | | |
| 39B | Text Messages between Al Ahmed and Sebastian Ahmed on 4/20/2018 re: watching bank accounts grow | | | | |
| 39C | Chats between Ali Ahmed and Sebastian Ahmed | | | | |
| 39D | Chats between Ali Ahmed, Sebastian Ahmed, and Wendi Davis | | | | |
| 39E | Chats between Ali Ahmed, Sebastian Ahmed, and Varnie Evariste | | | | |
| 39F | Instant Messages between Ali Ahmed and Sebastian Ahmed re: Adam Adler | | | | |
| 39G | Instant Messages between Ali Ahmed and Ron Trautman | | | | |
| 39H | Instant Messages between Ali Ahmed, Gaspari Jolicoeur, and others | | | | |
| 39I | Selection of Photos from Al Ahmed's Phone, Numbered 1-58 | | | | |
| 39J | Dr. Hassan Resignation Letter | | | | |
| 40 Comp. | Composite: Hector Alvarez' Phone | | | | |
| 40A | Disk Containing Hector Alvarez's Forensic Phone Report | | | | |

UNITED STATES v. SEBASTIAN AHMED, CASE NO. 19-60200-CR-MORENO(s)

GOVERNMENT'S EXHIBIT LIST

AUSA CHRISTOPHER CLARK, AUSA LISA MILLER

| EXHIBIT # | DESCRIPTION OF EXHIBITS | WITNESS | OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|
| 40B | Text message between Hector Alvarez and Sebastian Ahmed on 5/16/2017 re: additional hours for PHP | | | | |
| 40C | Text messages between Hector Alvarez and Sebastian Ahmed on 6/21/2017 re: Josh and Ashley being high | | | | |
| 40D | Text messages between Hector Alvarez and Al Ahmed on 8/17/2017 re: hiring former employee | | | | |
| 40E | Text message between Hector Alvarez and 954-232-8461 (Fortunata Murli) on 8/17/2017 re: putting notes in Hector's name | | | | |
| 40F | Text messages between Hector Alvarez and 914-409-7426 (Kamal Haji Ahmed) on 8/30/2017 re: benzodiazepines | | | | |
| 40G | Text messages between Hector Alvarez and 954-232-8461 (Fortunata Murli) on 9/25/2017 re: group and weekend notes | | | | |
| 40H | Text messages between Hector Alvarez and Sebastian Ahmed on 12/7/2017 re: pay adjusments for unacceptable work product | | | | |
| 40I | Text message between Hector Alvarez and 914-409-7426 (Kamal Haji Ahmed) on 12/7/2017 re: Al giving meds | | | | |
| 40J | Text message between Hector Alvarez and Sebastian Ahmed on 12/8/2017 re: PHP days for Daniel G. | | | | |
| 40K | Text messages between Hector Alvarez and 954-471-1626 (Phyllis Miller) on 12/24/2017 and 12/25/2017 re: Mario testing positive for drugs | | | | |
| 40L | Text messages between Hector Alvarez and Al Ahmed on 12/27/2017 re: clients not attending group | | | | |
| 40M | Text messages between Hector Alvarez and 954-756-3258 (Mohsin Ikram) on 2/8/2018 re: Al giving meds | | | | |
| 40N | Text messages between Hector Alvarez and Al Ahmed on 5/11/2018 re: giving Sara F. another chance | | | | |
| 40O | Text messages between Hector Alvarez and Sebastian Ahmed on 5/11/2018 re: Guy G. smoking crack | | | | |
| 40P | Text messages between Hector Alvarez and 309-251-3366 (Wendi Davis) on 6/3/2018 and 6/4/2018 re: missing notes | | | | |

UNITED STATES v. SEBASTIAN AHMED, CASE NO. 19-60200-CR-MORENO(s)

GOVERNMENT'S EXHIBIT LIST

AUSA CHRISTOPHER CLARK, AUSA LISA MILLER

| EXHIBIT # | DESCRIPTION OF EXHIBITS | WITNESS | OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|
| 40Q | Text messages between Hector Alvarez and 954756-3258 (Mohsin Ikram) on 6/5/2018 re: patients relapsing | | | | |
| 40R | Text messages between Hector Alvarez and 330-338-7418 (Adam Angle) on 6/14/2018 re: Serenity not like other treatment centers | | | | |
| 40S | Text messages between Hector Alvarez and Sebastian Ahmed on 7/12/2018 re: pay for weekend notes | | | | |
| 40T | Text messages between Hector Alvarez and Sebastian Ahmed on 8/15/2018 re: pay for make-up notes | | | | |
| 41 | Search Warrant Sketch | | | | |
| 42 Comp. | Search Warrant Photographs | | | | |
| 42A | Disk Containing All Search Warrant Photographs | | | | |
| 42B | Exterior Photograph of Medi MD/Arnica Health | | | | |
| 42C | Selection of Photographs from Room B, Numbered 1-2 | | | | |
| 42D | Selection of Photographs from Room E, Numbered 1-2 | | | | |
| 42E | Selection of Photographs from Room EE, Numbered 1-4 | | | | |
| 42F | Selection of Photographs from Room G, Numbered 1-4 | | | | |
| 42G | Selection of Photographs from Room H, Numbered 1-8 | | | | |
| 42H | Selection of Photographs from Room I, Numbered 1-3 | | | | |
| 42I | Selection of Photographs from Room J, Numbered 1-2 | | | | |
| 42J | Certificates on Wall at Medi MD/Arnica Health | | | | |
| 42K | Exit Door of Medi MD/Arnica Health | | | | |
| 43 | Organizational Chart for MediMD/Serenity Treatment Centers (Room G) | | | | |
| 44 | Sebastian Ahmed DCF 65-D30 Attestation (Room G) | | | | |
| 45 | 11/6/2017 Letter to Sebastian Ahmed/Jacob's Well and Medi MD from Curran Law Group (Room G) | | | | |

UNITED STATES v. SEBASTIAN AHMED, CASE NO. 19-60200-CR-MORENO(s)

GOVERNMENT'S EXHIBIT LIST

AUSA CHRISTOPHER CLARK, AUSA LISA MILLER

| EXHIBIT # | DESCRIPTION OF EXHIBITS | WITNESS | OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|
| 46 Comp. | Medi MD Sign-In Forms | | | | |
| 46A | Medi MD Sign-In Form dated 6/4/2018 (Room EE) | | | | |
| 46B | Medi MD Sign-In Sheet dated 6/8/2018 (Room EE) | | | | |
| 46C | Medi MD Sign-In Sheet dated 6/20/2018 (Room EE) | | | | |
| 46D | Medi MD Sign-In Form dated 6/28/2018 (Room EE) | | | | |
| 46E | Medi MD Sign-In Form dated 6/29/2018 (Room EE) | | | | |
| 46F | Medi MD Sign-In Sheet with Test Results dated 8/7/2018 (Room H) | | | | |
| 46G | Medi MD Sign-In Sheet with Test Results dated 8/14/2018 (Room EEE) | | | | |
| 46H | Medi MD Sign-In Sheet with Test Results dated 8/21/2018 (Room M) | | | | |
| 47 | Yellow Office Depot Notebook with Handwritten Notes (Room G) | | | | |
| 48 | Composition Notebook – Sebastian Ahmed September 2014 on cover (Room G) | | | | |
| 49 | Composition Notebook – blue scratch-out on cover, no title (Room M) | | | | |
| 50 | Notebook with "Sebastian Ahmed 646-254-2642" [if lost call] written on first page (Room G) | | | | |
| 51 | Paper with "call James R. weekend notes" (Room M) | | | | |
| 52 | Missing notes audit spreadsheet – Summer 2018  (Room R) | | | | |
| 53 | Composite of Additional Documents re: missing notes or documentation (Room R) | | | | |
| 54 | Notebook Paper – "Elizabeth L. Group Notes" (Room R) | | | | |
| 55 | Certified Copy of Practice Management Services Agreement signed by Sebastian Ahmed (Room G) | | | | |
| 56 | Jacob's Well Accounts Receivable – 6/1/2017 (Room G) | | | | |

UNITED STATES v. SEBASTIAN AHMED, CASE NO. 19-60200-CR-MORENO(s)

GOVERNMENT'S EXHIBIT LIST

AUSA CHRISTOPHER CLARK, AUSA LISA MILLER

| EXHIBIT # | DESCRIPTION OF EXHIBITS | WITNESS | OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|
| 57 | Notebook paper listing bank deposits (Room G) | | | | |
| 58 | "Crack Note" (Room K) | | | | |
| 59 | Note from patient re girlfriend relapsing and drug use at beach house (Room H) | | | | |
| 60 | List of patients with handwritten payment annotations (Room G) | | | | |
| 61 | R.C. Aventura hospital discharge and medical paperwork (Room I) | | | | |
| 62 | Wendi email re: sloppy and cloned notes with handwritten commentary (Room I) | | | | |
| 63 | Sample of Medicine Bags (Room EEE) | | | | |
| 64 | Sebastian Ahmed File Folder containing resume, background check, and affidavit of "good moral character" (Room I) | | | | |
| 65 Comp. | Employee Files | | | | |
| 65A | Sebastian Ahmed Employee File (Room H) | | | | |
| 65B | Al Ahmed Employee File (Room H) | | | | |
| 65C | Hector Alvarez Employee File (Room H) | | | | |
| 65D | Frank Snipes Employee File (Room H) | | | | |
| 66 | Disk containing Video of Medication Distribution | | | | |
| 67 Comp. | Evidence related to Count 2 | | | | |
| 67A | Claims data – UHC claim no. 639154844801, for $7,800 of "All Inclusive Ancillary General" services at Jacob's Well on December 24, 2016, to patient B.L. [Count 2] | | | | |
| 67B | Photograph of patient B.L.  [Count 2] | | | | |
| 67C | Group notes for B.L. on December 24, 2016  [Count 2] | | | | |
| 67D | Disk containing EMR (patient file) for B.L.  [Count 2] | | | | |
| 67E | Travel records for B.L. showing travel to Texas  [Count 2] | | | | |
| 67F | Snap Shot: Count 2 | | | | |

UNITED STATES v. SEBASTIAN AHMED, CASE NO. 19-60200-CR-MORENO(s)

GOVERNMENT'S EXHIBIT LIST

AUSA CHRISTOPHER CLARK, AUSA LISA MILLER

| EXHIBIT # | DESCRIPTION OF EXHIBITS | WITNESS | OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|
| 68 Comp. | Evidence related to Count 3 | | | | |
| 68A | Claims data – Aetna claim no. EHFBYP44M00, for $1,575 of "ACAS Default Procedure Code" at Jacob's Well on March 23, 2017, to patient R.A. [Count 3] | | | | |
| 68B | Photograph of patient R.A. [Count 3] | | | | |
| 68C | Intentionally left blank [Count 3] | | | | |
| 68D | Disk containing EMR (patient file) for R.A. [Count 3] | | | | |
| 68E | Allegiant Air Records showing one-way ticket for R.A. departing FLL on March 22, 2017 [Count 3] | | | | |
| 68F | Snap Shot: Count 3 | | | | |
| 69 Comp. | Evidence related to Count 4 | | | | |
| 69A | Claims data – BCBS claim no. H100000664312348, for $2,495 of "Partial Hospitalization Services, less than 24 hours, Per Diem" at Medi MD on February 7, 2018, to patient M.G. [Count 4] | | | | |
| 69B | Photograph of patient M.G. [Count 4] | | | | |
| 69C | Group notes for patient M.G. on February 7, 2018 [Count 4] | | | | |
| 69D | Disk containing EMR (patient file) for M.G. [Count 4] | | | | |
| 69E | Text messages between Ali Ahmed and Mario Jolicoeur – February 6, 2018 – and text messages between Ali Ahmed and Gaspari Jolicoeur on February 7, 2018 re: M.G. hospital stay and pickup [Count 4] | | | | |
| 69F | Hospital records for M.G. for February 6-7, 2018 [Count 4] | | | | |
| 69G | Snap Shot: Count 4 | | | | |
| 70 Comp. | Evidence related to Count 5 | | | | |
| 70A | Claims data – BCBS claim no. H100000664312557, for $2,495 of "Partial Hospitalization Services, less than 24 hours, Per Diem" at Medi MD on February 21, 2018, to patient K.E. [Count 5] | | | | |

UNITED STATES v. SEBASTIAN AHMED, CASE NO. 19-60200-CR-MORENO(s)

GOVERNMENT'S EXHIBIT LIST

AUSA CHRISTOPHER CLARK, AUSA LISA MILLER

| EXHIBIT # | DESCRIPTION OF EXHIBITS | WITNESS | OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|
| 70B | Photograph of patient K.E. [Count 5] | | | | |
| 70C | Group notes for patient K.E. on February 21, 2018  [Count 5] | | | | |
| 70D | Disk containing EMR (patient file) for K.E.  [Count 5] | | | | |
| 70E | Travel records showing K.E. flew home February 21-25, 2018  [Count 5] | | | | |
| 70F | Text messages between K.E. and Ali Ahmed discussing K.E. flying home [Count 5] | | | | |
| 70G | Snap Shot: Count 5 | | | | |
| 71 Comp. | Evidence related to Count 6 | | | | |
| 71A | Claims data – BCBS claim no. H100000676250604, for $1,795 of "Alcohol and/or Drug Services; Intensive Outpatient Per Diem" at Medi MD on May 22, 2018, to patient B.H. [Count 6] | | | | |
| 71B | Photograph of patient B.H. [Count 6] | | | | |
| 71C | Group notes for patient B.H. on May 22, 2018 [Count 6] | | | | |
| 71D | Disk containing EMR (patient file) for B.H. [Count 6] | | | | |
| 71E | Memorial Regional South hospital records for J.H. (boyfriend of B.H.) [Count 6] | | | | |
| 71F | Text messages between B.H. and Ali Ahmed discussing being at hospital with J.H. and hotel on May 22, 2018 [Count 6] | | | | |
| 71G | Snap Shot: Count 6 | | | | |
| 72 Comp. | Evidence related to Count 7 | | | | |
| 72A | Claims data – Cigna claim no. 4651817298744, for $1,795 of "Alcohol and/or Drug Services; Intensive Outpatient Per Diem" at Medi MD on June 4, 2018, to patient D.E. [Count 7] | | | | |
| 72B | Photograph of patient D.E. [Count 7] | | | | |
| 72C | Group notes for patient D.E. on June 4, 2018 [Count 7] | | | | |
| 72D | Disk containing EMR (patient file) for D.E. [Count 7] | | | | |

UNITED STATES v. SEBASTIAN AHMED, CASE NO. 19-60200-CR-MORENO(s)

GOVERNMENT'S EXHIBIT LIST

AUSA CHRISTOPHER CLARK, AUSA LISA MILLER

| EXHIBIT # | DESCRIPTION OF EXHIBITS | WITNESS | OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|
| 72E | Medication sign-in sheet showing D.E. out of town on June 4, 2018 & sign-in sheet for June 8, 2018 showing D.E. returned that day [Count 7] | | | | |
| 72F | Facebook/photos showing D.E. at wedding on June 4, 2018 [Count 7] | | | | |
| 72G | Snap Shot: Count 7 | | | | |
| 73 Comp. | Evidence related to Count 8 | | | | |
| 73A | Claims data – Cigna claim no. 8681817720498, for $2,495 of "Partial Hospitalization Services, less than 24 hours, Per Diem" at Medi MD on June 20, 2018, to patient A.A. [Count 8] | | | | |
| 73B | Photograph of patient A.A. [Count 8] | | | | |
| 73C | Group notes for patient A.A. on June 20, 2018 [Count 8] | | | | |
| 73D | Disk containing EMR (patient file) for A.A. [Count 8] | | | | |
| 73E | Arrest records for A.A. (certified copy – BSO) [Count 8] | | | | |
| 73F | Text messages between Ali Ahmed and A.A.'s mother discussing A.A.'s arrest [Count 8] | | | | |
| 73G | Medication sign-in sheet for June 19, 2018 indicating A.A. will leave for out of town trip [Count 8] | | | | |
| 73H | Snap Shot: Count 8 | | | | |
| 74 Comp. | Evidence related to Count 9 | | | | |
| 74A | Claims data – BCBS claim no. H100000680315660, for $2,495 of "Partial Hospitalization Services, less than 24 hours, Per Diem" at Medi MD on June 29, 2018, to patient R.C. [Count 9] | | | | |
| 74B | Photograph of patient R.C. [Count 9] | | | | |
| 74C | Group notes for patient R.C. on June 29, 2018 [Count 9] | | | | |
| 74D | Disk containing EMR (patient file) for R.C. [Count 9] | | | | |
| 74E | Medication sign-in sheets for June 28, 2018 stating that R.C. is gone for a couple of days [Count 9] | | | | |

UNITED STATES v. SEBASTIAN AHMED, CASE NO. 19-60200-CR-MORENO(s)

GOVERNMENT'S EXHIBIT LIST

AUSA CHRISTOPHER CLARK, AUSA LISA MILLER

| EXHIBIT # | DESCRIPTION OF EXHIBITS | WITNESS | OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|
| 74F | Text messages between Ali Ahmed and R.C. [Count 9] | | | | |
| 74G | Snap Shot: Count 9 | | | | |
| 75 Comp. | Evidence related to Count 10 | | | | |
| 75A | Claims data – BCBS claim no. H100000683297881, for $2,495 of "Partial Hospitalization Services, less than 24 hours, Per Diem" at Medi MD on July 16, 2018, to patient M.B. [Count 10] | | | | |
| 75B | Photograph of patient M.B. [Count 10] | | | | |
| 75C | Group notes for patient M.B. on July 16, 2018 [Count 10] | | | | |
| 75D | Disk containing EMR (patient file) for M.B. [Count 10] | | | | |
| 75E | JetBlue travel records for M.B. showing departing FLL on July 15, 2018 [Count 10] | | | | |
| 75F | Text messages confirming M.B. travel & messages between Ali Ahmed and M.B., including on July 20, 2018 asking Ali Ahmed to help M.B. with bond post-arrest and to help get him back to Florida [Count 10] | | | | |
| 75G | Snap Shot: Count 10 | | | | |
| 76 Comp. | Evidence related to Count 11 | | | | |
| 76A | Claims data – Aetna claim no. EWY03M6D700, for $2,495 of "ACAS Default Procedure Code" at Medi MD on January 1, 2019, to patient R.S. [Count 11] | | | | |
| 76B | Photograph of patient R.S. [Count 11] | | | | |
| 76C | Group notes for patient R.S. on January 1, 2019 [Count 11] | | | | |
| 76D | Disk containing EMR (patient file) for R.S. [Count 11] | | | | |
| 76E | Text messages between Ali Ahmed and J.B. (boyfriend of R.S.) regarding R.S. going out of town and inquiring how to get medications while out of town [Count 11] | | | | |
| 76F | Snap Shot: Count 11 | | | | |

UNITED STATES v. SEBASTIAN AHMED, CASE NO. 19-60200-CR-MORENO(s)

GOVERNMENT'S EXHIBIT LIST

AUSA CHRISTOPHER CLARK, AUSA LISA MILLER

| EXHIBIT # | DESCRIPTION OF EXHIBITS | WITNESS | OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|
| 77 | Selection of Search Warrant Photos from DEA , Numbered 1-7 | | | | |
| 78 Comp. | Sun Medical Billing Records | | | | |
| 78A | Sun Medical Billing Contract for Services signed by 1/31/2018 by Wendi Davis & Sebastian Ahmed, specifying biller's fee as 4.5% of billing | | | | |
| 78B | Letter addendum dated 8/27/2018 – specifying increase to 5%, from Wendi Davis (Sun Medical Billing) | | | | |
| 78C | Email with Wendi Davis re: Billing Report Sample on 11/2/2017 | | | | |
| 78D | Email with Wendi Davis re: CCR Notes on 12/26/2017 | | | | |
| 79 Comp. | Dalama Protection Reports | | | | |
| 79A | Security Reports - Hollywood House | | | | |
| 79B | Security Reports - Pompano House | | | | |
| 80 | Shareholder's Agreement for Jacob's Well signed by S. Ahmed et al. | | | | |
| 81 | Text messages between Al Ahmed and Ashlyn Little | | | | |
| 82 | Marketing Agreement between Pride Recovery Center and AHG Media | | | | |
| 83 | Check 1618 dated 6/15/2017 payable to AHG Media and check stub | | | | |
| 84 | Summary of Zelle payments to Hector Alvarez | | | | |
| 85 Comp. | Financial Summary Charts | | | | |
| 85A | Summary Flow Chart: Flow of Health Insurance Payments | | | | |
| 85B | Summary Flow Chart: Flow of Health Insurance Payments to Sebastian Ahmed no DBA Detail | | | | |
| 85C | Summary Flow Chart: Flow of Health Insurance Payments to Sebastian Ahmed no DBA Detail no Flowback | | | | |
| 85D | Summary Flow Chart: Counts 12-23 | | | | |

UNITED STATES v. SEBASTIAN AHMED, CASE NO. 19-60200-CR-MORENO(s)

GOVERNMENT'S EXHIBIT LIST

AUSA CHRISTOPHER CLARK, AUSA LISA MILLER

| EXHIBIT # | DESCRIPTION OF EXHIBITS | WITNESS | OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|
| 85E | Summary Chart: Outflows to Sebastian Ahmed by Entity Summary | | | | |
| 85F | Summary Chart: Outflows to Sebastian Ahmed by Entity Detail | | | | |
| 85G | Summary Flow Chart: Real Estate | | | | |
| 85H | Summary Flow Chart: Sebastian DBA | | | | |
| 85I | Summary  Chart:  Vape, Nail, and Airline Expenses | | | | |
| 86 Comp. | Transaction Snapshots for Counts 13-23 | | | | |
| 86A | Transaction Snapshot Count 13 (1/2/2018) | | | | |
| 86B | Transaction Snapshot Count 14 (1/16/2018) | | | | |
| 86C | Transaction Snapshot Count 15 (2/20/2018) | | | | |
| 86D | Transaction Snapshot Count 16 (3/12/2018) | | | | |
| 86E | Transaction Snapshot Count 17 (4/2/2018) | | | | |
| 86F | Transaction Snapshot Count 18 (4/19/2018) | | | | |
| 86G | Transaction Snapshot Count 19 (8/9/2018) | | | | |
| 86H | Transaction Snapshot Count 20 (8/22/2018) | | | | |
| 86I | Transaction Snapshot Count 21 (10/9/2018) | | | | |
| 86J | Transaction Snapshot Count 22 (10/24/2018) | | | | |
| 86K | Transaction Snapshot Count 23 (4/4/2019) | | | | |
| 87 | Money Laundering Count Summary Chart | | | | |
| 88 | Claim Count Summary Chart | | | | |
| 89 Comp. | Composite: Jasmine Acevedo's Phone | | | | |
| 89A | Disk Containing Jasmine Acevedo's Forensic Phone Report | | | | |
| 89B | Selection of Photos from Jasmine Acevedo's Phone, Numbered 1-6 | | | | |
| 89C | MMS Messages between Jasmine Acevedo and Sebastian Ahmed with Photos, Numbered 1-4 | | | | |

UNITED STATES v. SEBASTIAN AHMED, CASE NO. 19-60200-CR-MORENO(s)

GOVERNMENT'S EXHIBIT LIST

AUSA CHRISTOPHER CLARK, AUSA LISA MILLER

| EXHIBIT # | DESCRIPTION OF EXHIBITS | WITNESS | OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|
| 90 | Summary of All Claims Data for Jacob's Well, Medi MD, & Arnica Health, June 2016-June 2019 | | | | |
| 91 | Demonstrative Photos | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |