UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 19-cr-60200-FAM-2

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SEBASTIAN AHMED,

    Defendant.
_____/

**DEFENDANT'S RENEWED MOTION FOR MISTRIAL, REQUEST TO POLL THE JURY, OR, IN THE ALTERNATIVE, REQUEST TO RECESS THE TRIAL**

Defendant, **SEBASTIAN AHMED ("Ahmed")**, by and through undersigned counsel, files this Renewed Motion for Mistrial, Request to Poll the Jury, or, in the alternative, Request to Recess the Trial, and as grounds therefor, states as follows:

**I.    INTRODUCTION**

1. Ahmed requests this Court enter an Order declaring a mistrial in this matter due to the serious and imminent risk that jurors, attorneys, staff, the Court/Court personnel, and/or Ahmed may fear that they could contract and/or spread the Coronavirus and that such risk will unduly prejudice Ahmed. It is highly unlikely that this jury, now entering its fifth week of service, will be able to fully focus on the evidence presented during trial and, thus, will not likely be able to fairly, objectively, calmly, and deliberatively evaluate the evidence during deliberations given the gravity of the Coronavirus pandemic facing the world at this time.

2. Ahmed requests this Court individually poll each juror to determine the individual juror's current state of health, her/his possible exposure to others who may have been infected by the Coronavirus, her/his individual beliefs and fears about the risks related to the Coronavirus, and to

what extent, if any, s/he believes her/his concerns might impact her/his ability to be fair and impartial jurors in this case.

3. Alternatively, Ahmed requests this Court recess this trial until, at least, March 30, 2020 or such other time when it is deemed "safe" for Courts in Florida to resume their normal operations, which presumably will occur when healthcare professionals and presiding judicial officers concur that the Coronavirus pandemic has been sufficiently quarantined or, at least, significantly abated to lessen the health risk to all.

## II. PROCEDURAL HISTORY

4. On July 11, 2019, the Government filed a sealed Indictment against Ahmed charging him with one count of conspiracy to commit health care fraud and wire fraud in violation of 18 U.S.C. § 1349 (Count 1); ten counts of health care fraud in violation of 18 U.S.C. §1347 (Counts 2–11); one count of conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h) (Count 12); and ten counts of money laundering in violation of 18 U.S.C. §1957(a) (Counts 13–22). (D.E. 1).

5. On November 14, 2019, the Government obtained a Superseding Indictment charging Ahmed with one additional count of money laundering in violation of 18 U.S.C. §1957(a) (Count 23).

6. On January 31, 2020, after conducting a sua sponte evidentiary hearing, United States District Judge Federico Moreno issued a Detention Order, over undersigned counsel's objection, remanding Ahmed into custody until trial on the ground that he presented a flight risk primarily because Ahmed's three Co-Defendants had pled guilty. (D.E. 186).

7. On February 18, 2020, the trial in this matter began and, as of March 16, 2020, will be entering its fifth week.

8. On March 13, 2020, undersigned counsel orally requested a mistrial and to poll the jury for the reasons set forth above and below. The Court denied same.

9. Undersigned counsel anticipates this trial could last, at least, another five to seven business days without taking jury deliberations into consideration, but allowing one day for the Government's rebuttal.

### III. RENEWED MOTION FOR MISTRIAL/REQUEST TO POLL THE JURY

On March 13, 2020, the President of the United States declared the threat posed by the Coronavirus pandemic a national emergency. The President's declaration followed declarations of emergencies signed by Florida Governor Ron DeSantis and the Commissioners of Broward County. According to the Centers for Disease Control and Prevention ("CDC") the coronavirus:

> is thought to spread mainly between people who are in close contact with one another **(within about 6 feet)** through respiratory droplets produced when an infected person coughs or sneezes. It also may be possible that a person can get the COVID-19 by touching a surface or object that has the virus on it and then touching their own mouth, noise, or possibly their eyes[.]

CDC, *What you need to know about coronavirus disease 2019 (COVID-10)*, https://www.cdc.gov/coronavirus/2019-ncov/downloads/2019-ncov-factsheet.pdf (March 3, 2020). To prevent the spread of the virus, the CDC and other State and Local Government Health Departments have advised people avoid close contact with others. As a result, Federal, State, and Local Government Officials have cancelled or postponed events of mass gathering—including all professional and collegiate level sporting events, the 2020 seasons of both the National Basketball Association and Major League Baseball, the Miami-Dade County Youth Fair, and numerous concerts, theatrical events, and places at which more than fifty people are considered to likely attend. Additionally, nearly every school in Miami-Dade County and Broward County as well as

3

many public and private high schools and colleges in other parts of Florida and the United States are cancelling classes and requiring online participation instead.

Federal and State Courts across the entire country have cancelled, postponed, or modified trials, hearings, and procedures given the risks posed by the coronavirus pandemic. In particular, on March 13, 2020, the Honorable K. Michael Moore, Chief Judge of and for the United States District Court for the Southern District of Florida, entered an Administrative Order Concerning Jury Trials and Other Proceedings. <u>In re: Coronavirus Public Emergency</u>, Administrative Order 2020-18 (S.D. Fla. March 13, 2020). Chief Judge Moore's Order held, in relevant part, that, "[e]ffectively immediately, all jury trial in the Southern District of Florida scheduled to begin on or after March 16, 2020, until March 30, 2020, are continued pending further order of the Court." <u>Id.</u> Chief Judge Moore further Ordered that "individual judges presiding over criminal proceedings may take such actions consistent with this order as may be lawful and appropriate to ensure fairness of the proceedings and preserve the rights of the parties." <u>Id.</u>

Similarly, the Western District of Tennessee continued all jury selections and trials that were scheduled to commence from March 13, 2020 through March 27, 2020 "[i]n light of the close proximity required for jurors to assemble, hear evidence and engage in deliberations." <u>In re Jury Trials Under the Exigent Circumstances Resulting from COVID-19</u>, Administrative Order 2020-11 (W.D. Tn March 13, 2020). Moreover, the Western District of Washington continued all in-court appearances before any District or Magistrate Judge in its Seattle and Tacoma courthouses due to recommendations that "individuals at higher risk (e.g. those over 60 years of age, those with underlying health conditions, those who are pregnant) stay at home and away from large groups of people." <u>In re: Court Operations under the exigent circumstances created by COVID-19 and related coronavirus</u>, General Order No 01-20 (W.D. WA March 6, 2020). The list of cancelled

Court, and other public, proceedings and events grows exponentially even as we draft and file this Motion.  We present only a very few examples.

Broward County, where this trial is taking place, currently has the highest number of confirmed individuals infected with the Coronavirus in South Florida, and, as of this filing, Broward County is responsible for a third of the confirmed cases in Florida.  It is merely a matter of time before someone associated with this case—whether that be a juror,[1] an attorney, a Special Agent, a member of the Court/Court personnel, or Ahmed (who likely faces a high risk as he is remanded in custody)—comes in contact with someone infected with the Coronavirus.  In the meantime, the fear of the threat that someone involved in this trial could become infected will unduly weigh on the minds of all parties involved and will unduly prejudice Ahmed and prevent him from receiving effective assistance of counsel and a fair and impartial trial as guaranteed by the Fifth and Sixth Amendments to the United States Constitution.

Therefore, to ensure Ahmed receives a fair and impartial trial and to ensure the health and safety of the jury, the parties, and this Court's personnel, Ahmed respectfully moves this Court to declare a mistrial. If this Court determines that a mistrial is not appropriate, Ahmed respectfully requests this Court poll the jurors individually (and out of the presence of the other jurors) to ensure each member of the jury is in good health, has not been possibly exposed to the virus, and is of the mindset that s/he can continue to fairly and impartially evaluate and weigh the evidence in this case, setting aside any personal fears and concerns despite the deadly Coronavirus pandemic facing this County, this State, and the world.

---

[1] As counsel recollects, one juror advised that he had to be at a convention or meeting in Gainesville, Florida that was supposed to be attended by over 1000 people on March 13, 2020, which is why we were in recess on Friday, March 13, 2020.  It is hard to believe that event was held, but, if it was, the risk to all involved in this trial is obvious.

## IV.     ALTERNATIVE RELIEF

Alternatively, to the extent this Court determines that a mistrial in not appropriate, Ahmed respectfully requests that this Court recess the trial for, at least, two weeks, consistent with Chief Judge Moore's Administrative Order concerning the Coronavirus public emergency.

**WHEREFORE**, the Defendant prays that this Honorable Court grant his Renewed Motion for Mistrial, Request to Poll the Jury, or, in the alternative, Request to Recess the Trial, and for such other and further relief as may be just and proper.

> Respectfully submitted,
>
> **GRAY ROBINSON, P.A.**
> Attorneys for Defendant Sebastian Ahmed
> 333 SE 2nd Avenue, Suite 3200
> Miami, Florida  33131
> Telephone #: (305) 416-6880
> Facsimile #: (305) 416-6887
> joel.hirschhorn@gray-robinson.com
>
> By: s/Joel Hirschhorn
>      JOEL HIRSCHHORN
>      Florida Bar #104573

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 15, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

> s/Joel Hirschhorn
> JOEL HIRSCHHORN