UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-60200-CR-MORENO (COHN)

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

SEBASTIAN AHMED,

        Defendant.
_____/

## JUDGMENT OF ACQUITTAL

The above-entitled cause having come on for trial and the jury having found the defendant not guilty of Counts 2, 3, 4, 5 and 6 of the Indictment, it is

ORDERED AND ADJUDGED that pursuant to Rule 32(k) of the Federal Rules of Criminal Procedure, the Defendant Sebastian Ahmed is hereby adjudged NOT GUILTY of Counts 2, 3, 4, 5 and 6 and is hereby discharged as to those counts only.

DONE AND ORDERED at Fort Lauderdale, Florida, this 24th day of March 2020.

                                JAMES I. COHN
                                UNITED STATES DISTRICT JUDGE

cc:    Christopher Clark, AUSA
        Lisa Miller, AUSA
        Joel Hirschhorn, Esq.
        U.S. Marshal Service
        U.S. Probation Office