Dear Judge Cohn:                              19CR60200    15 Nov 2020

I hope this letter finds you well. Since my sentencing on October 30th, I am no longer represented by Mr. Joel Hirschhorn and cannot afford another private attorney. I humbly request that you please appoint an attorney for me for my appeal.

I sincerely appreciate your kind consideration.

Best Regards,

Sebastian Ahmed.
Reg. # 20305-104.
FDC Miami

FILED BY _____ D.C.
NOV 24 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

SEBASTIAN AHUMADA
REG. # 20305-104
FDC MIAMI, P.O. BOX 019120
MIAMI, FL. 33101

MIAMI FL 330
17 NOV 2020 PM 6 L

The United States Courthouse
Honorable James Cohn
FEDERAL JUDGE - Ft. Lauderdale
1 East Broward Blvd
Ft. Lauderdale, FL. 33301

RECEIVED NOV 24 2020

33301-180699