UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60200-CR-MORENO (COHN)

UNITED STATES OF AMERICA,

v.

SEBASTIAN AHMED,

    Defendant.
_____/

### ORDER REFERRING CASE TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby **REFERRED** to United States Magistrate Judge Jared M. Strauss for determining appointment of counsel and disposition of Defendant Sebastian Ahmed's Motion to Appoint Counsel [DE 379].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of November, 2020.

JAMES I. COHN
United States District Judge

Copies to:
Magistrate Judge Jared M. Strauss
Counsel of Record via CM/ECF
Pro se parties via U.S. mail to address on file