UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-60200-MORENO (COHN)

UNITED STATES OF AMERICA

v.

ALI AHMED and
SEBASTIAN AHMED,

        Defendants.

## FINAL ORDER OF FORFEITURE

**THIS CAUSE** is before the Court upon the United States of America's (the "United States") Amended Motion for Final Order of Forfeiture ("Motion") [DE 387]. The Court has considered the Motion and the record in this case, is otherwise advised in the premises, and finds as follows:

1. On February 13, 2020, pursuant to 18 U.S.C. § 982(a)(7), the Court entered a Preliminary Order of Forfeiture, DE 202, forfeiting from Defendant Ali Ahmed, subject to third-party interests, the following property to the United States:

    a. Real property located at 3021 NE 55th Place Fort Lauderdale, Florida 33308 including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon,

    Also known as: LOT 38, BLOCK 12, OF THE LANDINGS FIRST SECTION, ACCORDING TO THE PLAY THEREOF, AS RECORDED IN PLAT BLOOK 56, PAGE 4, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

    Parcel Identification No. 4942 13 12 0490;

    b. All funds on deposit in account number 989095464135 held at Bank of America in the name of Medi MD LLC;

    c. All funds on deposit in account number 898220517 held at JP Morgan Chase Bank in the name of Medi MD LLC;

    d. All funds on deposit in account number 3726601959 held at JP Morgan Chase Bank in the name of Sebastian Ahmed CPA LLC d/b/a Arnica Health Systems Management; and

    e. All funds on deposit in account number 990553422 held at JP Morgan Chase Bank in the name of Sebastian Ahmed CPA LLC d/b/a Arnica Health Systems Management.

2. On July 16, 2020, pursuant to 18 U.S.C. § 982(a)(1) and (7), the Court entered a Preliminary Order of Forfeiture, DE 323, forfeiting from Defendant Sebastian Ahmed, subject to third-party interests, the following property to the United States:

    a. Real property located at 3021 NE 55th Place Fort Lauderdale, Florida 33308 including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon,

        Also known as: LOT 38, BLOCK 12, OF THE LANDINGS FIRST SECTION, ACCORDING TO THE PLAY THEREOF, AS RECORDED IN PLAT BLOOK 56, PAGE 4, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

        Parcel Identification No.: 4942 13 12 0490;

    b. All funds on deposit in account number 989095464135 held at Bank of America in the name of Medi MD LLC;

    c. All funds on deposit in account number 898220517 held at JP Morgan Chase Bank in the name of Medi MD LLC;

    d. All funds on deposit in account number 3726601959 held at JP Morgan Chase Bank in the name of Sebastian Ahmed CPA LLC d/b/a Arnica Health Systems Management;

    e. All funds on deposit in account number 990553422 held at JP Morgan Chase Bank in the name of Sebastian Ahmed CPA LLC d/b/a Arnica Health Systems Management.

3. Notice of the criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 days. See DE 326, 327; 21 U.S.C.

§ 853(n)(1); Fed. R. Crim. P. 32.2(b)(6).

4.  Direct notice was sent to any person who reasonably appeared to be a potential claimant with standing to contest the forfeiture, or such person was on actual notice of the forfeiture.  See Fed. R. Crim. P. 32.2(b)(6); accord 21 U.S.C. § 853(n)(1).

5.  The notice advised that any person, other than the defendants in the above-captioned case, asserting a legal interest in the property sought for final forfeiture may petition the Court for a hearing to adjudicate the validity of that person's alleged interest, within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier.  Fed. R. Crim. P. 32.2(b)(6); 21 U.S.C. § 853(n)(2).

6.  In addition, on September 11, 2020, the notice was posted on the real property sought for final forfeiture in an open and conspicuous manner by law enforcement agents.  DE 328.

7.  On October 1, 2020, the Al Ahmed Irrevocable Family Trust, Altaf Ahmed, and Nazish Ahmed (collectively, "Petitioners") filed a petition claiming the real property located at 3021 NE 55th Place Fort Lauderdale, Florida 33308 (the "Fort Lauderdale Property"), asserting a superior interest in such asset and to be a bona fide purchaser for value of such asset (the "Petition").  See DE 343; see also 21 U.S.C. § 853(n)(6).

8.  On October 14, 2020, Petitioners filed an amended petition claiming the Fort Lauderdale Property, asserting a superior interest in such asset and to be a bona fide purchaser for value of such asset (the "Amended Petition").  See DE 348.

9.  On November 17, 2020, the Court dismissed the Petition and the Amended Petition.  DE 376.

10. The time period for filing a petition claiming an interest in the property

sought for final forfeiture has expired, and no other petition or claim has been filed.

11. Pursuant to 21 U.S.C. § 853(n)(7), once all third-party petitions have been disposed of and/or if no timely petitions have been filed, "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee." Accord Fed. R. Crim. P. 32.2(c)(2).

12. Therefore, the United States is entitled to a Final Order of Forfeiture that vests in the United States clear title to in the following property:

  a. Real property located at 3021 NE 55th Place Fort Lauderdale, Florida 33308 including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon,

     Also known as: LOT 38, BLOCK 12, OF THE LANDINGS FIRST SECTION, ACCORDING TO THE PLAY THEREOF, AS RECORDED IN PLAT BLOOK 56, PAGE 4, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

     Parcel Identification No.: 4942 13 12 0490;

  b. All funds on deposit in account number 989095464135 held at Bank of America in the name of Medi MD LLC;

  c. All funds on deposit in account number 898220517 held at JP Morgan Chase Bank in the name of Medi MD LLC;

  d. All funds on deposit in account number 3726601959 held at JP Morgan Chase Bank in the name of Sebastian Ahmed CPA LLC d/b/a Arnica Health Systems Management;

  e. All funds on deposit in account number 990553422 held at JP Morgan Chase Bank in the name of Sebastian Ahmed CPA LLC d/b/a Arnica Health Systems Management.

Accordingly, based on the foregoing, the evidence of record, and for good cause shown, the Motion [DE 387] is **GRANTED**, and it is hereby **ORDERED** that:

1. Pursuant to 18 U.S.C. § 982(a)(1) and (7), 21 U.S.C. § 853, and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, all right, title, and interest in the following property is hereby finally forfeited to and vested in the United States of America:

   a. Real property located at 3021 NE 55th Place Fort Lauderdale, Florida 33308 including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon,

      Also known as: LOT 38, BLOCK 12, OF THE LANDINGS FIRST SECTION, ACCORDING TO THE PLAY THEREOF, AS RECORDED IN PLAT BLOOK 56, PAGE 4, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.

      Parcel Identification No.: 4942 13 12 0490;

   b. All funds on deposit in account number 989095464135 held at Bank of America in the name of Medi MD LLC;

   c. All funds on deposit in account number 898220517 held at JP Morgan Chase Bank in the name of Medi MD LLC;

   d. All funds on deposit in account number 3726601959 held at JP Morgan Chase Bank in the name of Sebastian Ahmed CPA LLC d/b/a Arnica Health Systems Management;

   e. All funds on deposit in account number 990553422 held at JP Morgan Chase Bank in the name of Sebastian Ahmed CPA LLC d/b/a Arnica Health Systems Management.

2. Any duly authorized law enforcement official may seize and take immediate possession of the property, exercising any and all incidents of ownership with respect thereto, and dispose of such property in accordance with law.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of January, 2021.

_____
JAMES I. COHN
United States District Judge

Copies to:
Counsel of record via CM/ECF
U.S. Probation